**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0321

Louisiana Board of Ethics In the Matter of Michelle Barnett

Louisiana Board of Ethics
Case #: 20150662
East Baton Rouge Parish

On Application for Rehearing filed on  02/09/2024 by Michelle Barnett

Rehearing _____ denied _____

_____
Page McClendon

_____
Chris Hester

Miller, J would grant.

_____
Steven M. Miller

Date _____ MAR 2 0 2024 _____

_____
Rodd Naquin, Clerk